FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAY 31 2017   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH H. MASRI,

                Plaintiff,

      -against-

ERIC OLE THORSEN, THORSEN LAW
OFFICES, and ESTHER R. MASRI

                Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION

**ORDER**
17-CV-3076 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On May 19, 2017, Joseph H. Masri ("Plaintiff") filed the above-captioned *pro se* action against his former wife, her divorce attorney, and the attorney's law firm (together, "Defendants"). Defendants reside in New City, New York, and/or in Monroe, New York. Plaintiff alleges that Defendants sought to hire a hit man to kidnap or kill him and that defendant Eric Ole Thorsen slandered him at a location in Monroe, New York. Pursuant to the venue provision governing federal question jurisdiction, a civil action must be filed in the judicial district in which any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or where a substantial part of property that is the subject of the action is situated. *See* 28 U.S.C. § 1391(b). As Plaintiff seeks relief from alleged harms that occurred in Monroe, which is in Orange County, and Defendants reside in Orange County and Rockland County, this case is hereby transferred to the United States District Court for the Southern District of New York, which is the appropriate venue for actions arising in those districts. 28 U.S.C. § 112(b); *see* 28 U.S.C. § 1406(a) (district court may transfer case filed in the wrong district to any district in which it could have been brought).

A decision on Plaintiff's application to proceed *in forma pauperis* is reserved for the transferee court. This Court offers no opinion on the merits of the claims. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven-day delay is waived. Summonses shall not issue from this Court.

**SO ORDERED.**

s/ WFK
WILLIAM F. KUNTZ, II
United States District Judge

Dated: May 30, 2017
Brooklyn, New York