UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH H. MASRI,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ERIC OLE THORSEN; THORSEN LAW OFFICES; ESTHER R. MASRI,<br><br>                    Defendant. | 17-CV-4094 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

 Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: June 20, 2017
    New York, New York

                  COLLEEN McMAHON
                  Chief United States District Judge