September 11, 2017

RECEIVED
SDNY DOCKET UNIT

2017 SEP 14  AM 10: 22

From: Joseph Masri

127 Clymer Street

Brooklyn, NY 11249


To: Chief Judge Hon. Colleen McMachon or To Whom It May Concern

500 Pearl Street

New York, NY 10007-1312


RE: Masri v. Thorsen et. All  17 CV 04094 (CM)


    Please grant me an extension to amend my complaint. I need another sixty days to do so because I need to hire an attorney and I was not able to do so up until now.

    Thank you for considering my application.

    Respectfully yours,


Joseph Masri

