UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH H. MASRI,

                Plaintiff,

v.

ERIC OLE THORSEN; THORSEN LAW
OFFICES; ZION SALL; and ESTHER R.
MASRI,

                Defendants.

No. 17-CV-4094 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

Plaintiff, appearing pro se, brings this action under 42 U.S.C. § 1985(3), alleging that the defendants conspired against him to deprive him of his constitutional rights. By order dated June 20, 2017, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis ("IFP"). (Dkt. No. 6.)

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See Walker v. Schult*, 717 F.3d. 119, 123 (2d Cir. 2013); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (noting that the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). Rule 4(m) of the Federal Rules of Civil Procedure generally requires service of the summons and complaint to be completed within 90 days of the date the summons issues, and it is Plaintiff's responsibility to request, if necessary, an extension of time for service. *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

To allow Plaintiff to effect service on Defendants Eric Ole Thorsen, Thorsen Law Offices, Zion Sall, and Esther Masri through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285

form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Thorsen, Thorsen Law Offices, Sall, and Masri and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: April 3, 2019
       White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Eric Ole Thorsen
   5 South Little Tor Road
   New City, NY 10956

2. Thorsen Law Offices
   5 South Little Tor Road
   New City, NY 10956

3. Zion Sall
   8 Lemberg Court, Unit 201
   Monroe, NY 10950

4. Esther R. Masri
   19 Rovni Court, Unit 304
   Monroe, NY 10950