AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| JOSEPH H. MASRI | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-4094 (KMK) |
| ERIC OLE THORSEN ET AL., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZION SAAL (s/h/a ZION SALL)

Date:   05/01/2019

*Attorney's signature*

RICHARD M. MAHON, II - RM-9260
*Printed name and bar number*

Catania, Mahon, Milligram & Rider, PLLC
One Corwin Court
PO Box 1479
Newburgh, NY 12550
*Address*

rmahon@cmmrlegal.com
*E-mail address*

(845) 565-1100
*Telephone number*

(845) 565-1999
*FAX number*