UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH H. MASRI,

                 Plaintiff,

       -against-                                  **AFFIDAVIT OF SERVICE**

ERIC OLE THORSEN, THORSEN LAW OFFICES,      Docket: 17-CV-4094
ZION SALL & ESTHER R. MASRI,

                 Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF ORANGE    )

        JOVANNA M. RICCIO-BARNARD, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age, and reside at Newburgh, New York.

        2. On May 14, 2019, I served a true copy of the annexed *Letter to Judge Karas from Richard M. Mahon, II, Esq. (Document 18), Appearance of Counsel of Michael R. Frascarelli (Document 17), Appearance of Counsel of Richard M. Mahon, II (Document 14) and Waiver of the Service of Summons (Document 15)* in the following manner:

        By mailing the same via United States Postal Service First Class, Certified Mail- Return Receipt Requested in a sealed envelope, with postage prepaid thereon, in a post office or official depository for the U.S. Postal Service, within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:      Joseph H. Masri                 **Certified Mail ID No.: 7014 1820 0000 7729 5342**
           *Pro Se Plaintiff*
           127 Clymer Street
           Brooklyn, New York 11249

        By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository for the U.S. Postal Service, within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

           Joseph H. Masri
           *Pro Se Plaintiff*
           127 Clymer Street

Brooklyn, New York 11249

Eric Ole Thorsen, Esq.
*Defendant*
Law Offices of Eric Ole Thorsen
5 S Little Tor Road
New City, New York 10956-3423

Esther Masri
*Defendant*
19 Rovni Court, Unit 304
Monroe, New York 10950

Sworn to before me this
14th day of May, 2019

_____
NOTARY PUBLIC

DANIELLE LENA FOTI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FO6371699
Qualified in Ulster County
My Commission Expires 03-05-2022

_____
JOVANNA M. RICCIO-BARNARD