AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JOSEPH H. MASRI <br> *Plaintiff* <br> v. <br> ERIC OLE THORSEN ET AL., <br> *Defendant* | ) <br> ) <br> ) Case No. 17-CV-4094 (KMK) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ESTHER R. MASRI

Date: 05/15/2019

*/s/ Richard M. Mahon, II*
*Attorney's signature*

RICHARD M. MAHON, II - RM-9260
*Printed name and bar number*

Catania, Mahon, Milligram & Rider, PLLC
One Corwin Court
PO Box 1479
Newburgh, NY 12550
*Address*

rmahon@cmmrlegal.com
*E-mail address*

(845) 565-1100
*Telephone number*

(845) 565-1999
*FAX number*