AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JOSEPH H. MASRI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-4094 (KMK) |
| ERIC OLE THORSEN ET AL., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ESTHER R. MASRI

Date:     05/15/2019

*Attorney's signature*

MICHAEL R. FRASCARELLI - MF1221
*Printed name and bar number*

Catania, Mahon, Milligram & Rider, PLLC
One Corwin Court
PO Box 1479
Newburgh, NY 12550
*Address*

mfrascarelli@cmmrlegal.com
*E-mail address*

(845) 565-1100
*Telephone number*

(845) 565-1999
*FAX number*