AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Joseph H. Masri ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-4094 |
| Eric Ole Thorsen, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Ole Thorsen and Thorsen Law Offices

Date: 06/07/2019

*[signed] Shari Sckolnick*
*Attorney's signature*

Shari Sckolnick, Esq. SS9593
*Printed name and bar number*
Furman Kornfeld & Brennan, LLP
570 Taxter Road - 5th Floor
Elmsford, New York 10523

*Address*

ssckolnick@fkblaw.com
*E-mail address*

(914) 920-4000
*Telephone number*

(914) 347-3898
*FAX number*