AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Joseph H. Masri )<br>*Plaintiff* )<br>v. )<br>Eric Ole Thorsen, et al. )<br>*Defendant* ) | Case No. 17-cv-4094 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Ole Thorsen and Thorsen Law Offices

Date:   06/07/2019

*Attorney's signature*

Andrew Kowlowitz, Esq. AK9616
*Printed name and bar number*
Furman Kornfeld & Brennan, LLP
61 Broadway # 2606
New York, New York 10006

*Address*

akowlowitz@fkblaw.com
*E-mail address*

(212) 867-4100
*Telephone number*

(212) 867-4118
*FAX number*