| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph H. Masri | 17-cv-04094-KMK |
| DEFENDANT | TYPE OF PROCESS |
| Thorsen et al | Amended Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eric Ole Thorsen
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5 South Little Tor Road, New City, NY 10956

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pro Se: Joseph H. Masri
127 Clymer Street
Brooklyn, NY 11249

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212-805-0175
DATE: 4/5/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P4 | No. 054 | No. 054 | B. M | APR 1 1 2019 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Eric Thorsen – Attorney at Law | 6/6/19 | 3:56 | ☐ am ☒ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy #4416

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $138.00 | $54.26 | | $192.26 | | |

REMARKS
APR 11 2019 Set up for mail service
5/28/19 set up for P/S,

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

17-4094 6

Form USM-285
Rev. 11/18