UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JOSEPH H. MASRI,

                          Plaintiff,                    Case No.: 17-cv-4094 (KMK)

    -against-

ERIC OLE THORSEN, THORSEN LAW                  **NOTICE OF**
OFFICES, ZION SALL & ESTHER R.                   **<u>MOTION TO DISMISS</u>**
MASRI,

                      Defendants.
----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the attorney declaration of Richard M. Mahon, II,

Esq., and the exhibits annexed thereto; the accompanying Memorandum of Law in support Motion

to Dismiss on Behalf of Defendants ZION SAAL (s/h/a "Zion Sall") AND ESTHER R. MASRI;

and upon all prior pleadings and proceedings heretofore had herein, the undersigned will move

this Court before the Hon. Kenneth M. Karas, United States District Judge for the Southern District

of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New

York 10601, on a date and time to be determined by the Court, seeking an Order: (1) pursuant to

Fed. R. Civ. P. 12(b)(6), dismissing the Plaintiff's claims under 42 U.S.C. §1985 for failure to

assert the existence of a conspiracy to violate Plaintiff's Constitutional rights; (2) pursuant to Fed.

R. Civ. P. 12(b)(6), dismissing Plaintiff's pendent state law tort claims with prejudice for failure

to state a cause of action and/or as barred by the applicable statute(s) of limitations; or, in the

alternative, (3) declining to exercise supplemental jurisdiction over such pendent state law claims

pursuant to 42 U.S.C. §1362; and (4) for such other and further relief as the Court seems just and

proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Order of the Court issued on June

24, 2019, opposition papers must be served not later than August 26, 2019.

**CATANIA, MAHON, MILLIGRAM & RIDER, PLLC**
P.O. BOX 1479 • NEWBURGH, N.Y. 12551 • (845) 565-1100         1665736

Dated:  Newburgh, New York
        July 19, 2019

                                        Yours, etc.
                                        CATANIA, MAHON, MILLIGRAM
                                          & RIDER, PLLC

                                        _____
                                        RICHARD M. MAHON, II (RM-9260)
                                        *Attorneys for Defendants*
                                        *ZION SAAL (s/h/a ZION SALL) and*
                                        *ESTHER R. MASRI*
                                        One Corwin Court – PO Box 1479
                                        Newburgh, New York 12550
                                        Tel. No. (845) 565-1100

TO:     Joseph H. Masri
        *Plaintiff pro se*
        127 Clymer Street
        Brooklyn, NY 11249

        Andrew Kowlowitz
        Shari Sckolnick
        Furman Kornfeld & Brennan LLP
        *Attorneys for Defendants*
        *Eric Ole Thorsen and Thorsen Law Offices*
        570 Taxter Road, 5th Floor
        Elmsford, NY 10523