Joseph H Masri
127 clymer st.
Brooklyn N.Y. 11249

August/26/2019

Docket 17-CV-4094(k,

Hon. kenneth M. karas
united State District court Judge
300 Quarro Pas street
White Plains N.Y. 10601

Re: Joseph H. Masri V. Eric Dale Thorsen, Thorsen Law offices
Zion SAAL, ESTHER R. MASRI,

Dear Your Honor;

I am seeking an extention of time or my Response to the
motions due to unforseen circumstances, as I will Detail
In an letter I'm currently Drafting to Be filed later this week
In which I malso seeking Permission to cross move for a rule
Motion on new Information to amend the complaint among
others. I apologize taht I was unable to Inform the court
earlier.

Thank you for considering this urgent matter

Respectfully
JOSEPH H MASRI  PRO SE

( All opposing counsel by mail)

RECEIVED
SDNY DOCKET UNIT
2019 AUG 26  4:31